# EXHIBIT A

## Case Information

25CV007720 | HUNTER BENNETT VS. EQUIFAX INFORMATION SERVICES, LLC., and TRUIST BANK

| Case Number | Court | Judicial Officer |
|---|---|---|
| 25CV007720 | EJ18 | SCHWALL, CRAIG |
| File Date | Case Type | Case Status |
| 06/05/2025 | DAMAGES | Open |

## Party

PLAINTIFF
BENNETT, HUNTER

Active Attorneys ▾
Lead Attorney
Sims, LaTonya
Retained

DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC.

Address
1550 Peachtree Street NW
Atlanta GA 30339

DEFENDANT
TRUIST BANK

Address
214 North Tyron Street
CHARLOTTE NC 28202

## Events and Hearings

06/05/2025 PLAINTIFF'S ORIGINAL PETITION ▾

COMPLAINT

Comment
FOR DAMAGES

06/05/2025 CASE INITIATION FORM ▾

CASE INITIATION FORM

Comment
COMPLANT FOR DAMAGES

06/05/2025 SUMMONS ▾

SUMMONS

Comment
FOR SERVICE - TRUIST BANK

06/05/2025 SUMMONS ▾

SUMMONS

Comment
FOR SERVICE - Equifax

06/25/2025 ORDER ▾

ORDER

Comment
Order for Service

06/30/2025 AFFIDAVIT OF SERVICE ▾

AFFIDAVIT OF SERVICE

Comment
Affidavit of Service for Defendant Truist Bank

06/30/2025 AFFIDAVIT OF SERVICE ▾

AFFIDAVIT OF SERVICE

Comment
Affidavit of Service as to Defendant Equifax

## Financial

BENNETT, HUNTER

| | | | |
|---|---|---|---|
| Total Financial Assessment | | | $218.00 |
| Total Payments and Credits | | | $218.00 |

| 6/8/2025 | Transaction Assessment | | | $218.00 |
|---|---|---|---|---|
| 6/8/2025 | Efile GA Electronic Payment | Receipt # 2025-403828 | BENNETT, HUNTER | ($218.00) |

## Documents

COMPLAINT

CASE INITIATION FORM

SUMMONS

SUMMONS

ORDER

AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

Fulton County Superior Court
***EFILED***TV
Date: 6/5/2025 4:22 PM
Che Alexander, Clerk



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
## SUMMONS

HUNTER BENNETT ) Case
) No.: 25CV007720
)
_____ )
**Plaintiff,** )
)
vs. )
)
(TRUIST BANK) )
_____ )
)
EQUIFAX INFORMATION SERVICES, LLC )
**Defendant** )
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

LaTonya Sims, Esq.
Law Offices of Robert S. Gitmeid & Assoc., PLLC
30 Wall Street, 8th Floor #741
New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This 6/5/2025 day of_____, 20_____

Honorable Ché Alexander, Clerk of

Superior Court

By _____
Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
**136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303**
## SUMMONS

| | |
|---|---|
| HUNTER BENNETT | ) Case No.: _____ 25CV007720 |
| | ) |
| _____ | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| TRUIST BANK | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| **Defendant** | ) |
| | ) |
| | ) |
| | ) |

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and
serve upon plaintiff's attorney, whose name and address is:

> LaTonya Sims, Esq.
> Law Offices of Robert S. Gitmeid & Assoc., PLLC
> 30 Wall Street, 8th Floor #741
> New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof of
service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____6/5/2025_____day of_____, 20 _____

> Honorable Ché Alexander, Clerk of
>
> Superior Court
>
> By_____*Tracey Vaughn*_____
>
> Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

> Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

Fulton County Superior Court
\*\*\*EFILED\*\*\*TV
Date: 6/5/2025 4:22 PM
Che Alexander, Clerk

## General Civil and Domestic Relations Case Filing Information Form

☒ Superior or ☐ State Court of ____Fulton_____ County

| For Clerk Use Only | |
|---|---|
| Date Filed ____6/5/2025_____ | Case Number ____25CV007720_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

BENNETT         HUNTER

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Defendant(s)**

TRUIST         BANK

EQUIFAX       INFORMATION   SERVICES   LLC

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|

**Plaintiff's Attorney** ____LATONYA SIMS_____ **State Bar Number** ___711135___ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☒ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____          _____
**Case Number**                    **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____ **Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20

Fulton County Superior Court
***EFILED***TV
Date: 6/5/2025 4:22 PM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

HUNTER BENNETT,

               Plaintiff,              CIVIL ACTION NO.: **25CV007720**

v.

TRUIST BANK and
EQUIFAX INFORMATION SERVICES, LLC.,

               Defendants.

## COMPLAINT

Plaintiff, Hunter Bennett (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against the Defendants, Truist Bank (hereinafter "Truist") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1.

This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits credit furnishers and consumer reporting agencies (hereinafter "CRA" or "CRAs") from falsely and inaccurately reporting consumers' credit information.

**PARTIES**

2.

Plaintiff is an adult citizen of the State of Georgia, domiciled in Dallas, Paulding County, Georgia.

3.

Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.

Truist is a national banking company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5.

Truist is a foreign profit corporation that is qualified to do business in the State of Gorgia and regularly conducts business in the State of Georgia. Truist, maintains its principal office located in the State of North Carolina at 214 North Tyron Street, Charlotte, North Carolina 28202.

6.

Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

7.

Equifax maintains its principal office in the State of Georgia, County of Fulton, at 1550 Peachtree Street NW, Atlanta, Georgia 30309. Equifax is one of the largest CRAs in the world.

## JURISDICTION AND VENUE

8.

This Court holds jurisdiction over Truist pursuant to O.C.G.A. § 9-10-91 because (1) Truist transacted business with Equifax in the State of Georgia in relation to the acts and/or omissions at issue; (2) Truist's acts and/or omissions at issue were committed in the State of Georgia by way of Equifax's interactions with Truist concerning the credit reporting of Plaintiff's Truist account; (3) Plaintiff's damages in this matter occurred in the State of Georgia by way of Equifax's inaccurate and detrimental credit reporting of his Truist account; and (4) Truist provides financial services to residents of the State of Georgia.

9.

This Court holds jurisdiction over Equifax because Equifax is a resident of the State of Georgia, County of Fulton.

10.

This Court holds jurisdiction over Plaintiff pursuant to O.C.G.A. § 9-10-91 because (1) Equifax's credit reporting concerning Plaintiff and his Truist account originated in the State of Georgia; and (2) Plaintiff's damages occurred in whole or in part in the State of Georgia by way of Equifax's inaccurate and detrimental credit reporting of his Truist account.

11.

Venue is proper in this Court because Equifax maintains its principal place of business in Fulton County, Georgia, and the acts and/or omissions at issue in this matter, or some part thereof, occurred within Fulton County, Georgia.

## FACTUAL ALLEGATIONS

### 12.

Truist issued a credit account ending in 7518 to Plaintiff. The Truist account was routinely reported on Plaintiff's consumer credit report.

### 13.

The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

### 14.

On or about May 17, 2024, Plaintiff and Parnell Law Group, LLC on behalf of Truist entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

### 15.

Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $15,280.00 to settle and close his Truist account.

### 16.

Plaintiff, via his debt settlement representative, timely made the requisite settlement payment.

17.

However, many months later, Plaintiff's Truist account continued to be negatively reported on his credit report.

18.

In particular, on a requested credit report dated December 24, 2024, Plaintiff's Truist account was reported with a status of "Collection/Charge Off," an unpaid balance of $22,797.00, and an amount past due of $22,797.00. The relevant portion of Plaintiff's December 2024 credit report is attached hereto as **Exhibit B**.

19.

This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

20.

On or about March 24, 2025, Plaintiff, via counsel, notified the national CRAs directly, including Equifax, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Truist account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit C**.

21.

Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Truist to Equifax via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

22.

In May 2025, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Truist account remained inaccurate as Defendants failed to make the required

corrections. The relevant portion of Plaintiff's May 2025 credit report is attached hereto as **Exhibit D**.

23.

Upon information and belief, neither Equifax nor any other CRA notified Truist of the dispute by Plaintiff in accordance with the FCRA. Alternatively, Equifax or another CRA did notify Truist of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

24.

If Defendants had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's Truist account would have been updated to reflect a settled status with a balance of $0.00.

25.

Although Truist has promised through its subscriber agreements and/or contracts to accurately update consumer accounts, Truist has nonetheless intentionally, willfully, recklessly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA. This has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

26.

Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Truist account at issue, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

27.

At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

28.

At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees was intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

29.

Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

30.

Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

31.

Truist is an entity that, regularly and in the course of business, furnishes credit information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

32.

Truist is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

33.

Plaintiff notified the national CRAs directly, including Equifax, regarding a dispute on the Truist account's completeness and/or accuracy, as reported.

34.

Upon information and belief, Truist failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

35.

Truist failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

36.

Truist failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

37.

Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute as required by 15 U.S.C. § 1681i(a).

38.

Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the Truist account at issue, thus violating 15 U.S.C. § 1681e(b).

39.

As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

40.

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## CLAIM FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

(a)  That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

(b)  That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

(c)  That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

(d)  That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

(e)  That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to O.C.G.A. § 9-11-38, Plaintiff demands a trial by jury in this action of all issues

so triable.

Dated: June 5, 2025

Respectfully submitted,

**Law Offices of Robert S. Gitmeid**
**& Associates, PLLC**

*LaTonya Sims, Esq*

By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorneys for Plaintiff Hunter Bennett*

# EXHIBIT A



# PARNELL LAW GROUP, LLC

*A Southeastern Regional Law Firm in*
*Alabama, South Carolina, Mississippi, Tennessee & Georgia*

May 17, 2024

HUNTER C BENNETT

RE:   TRUIST
      vs.  HUNTER C BENNETT
      Our File:        9339
      Balance:       $21,828.69

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

Dear HUNTER C BENNETT:

Our client would like to extend an offer to settle the above matter.  They will settle this matter for $15,280.00.  The settlement amount must be received in our office on or before May 28, 2024.

If you are unable to pay the settlement amount at this time, please contact our office to discuss some type of payment terms.  My client reserves the right to extend future settlement offers that may or may not be more favorable.

Please make your payment directly to and in care of:

The Parnell Law Group, LLC
PO Box 2189
Montgomery, AL 36102.

Please include our file number referenced above on any payment to ensure proper posting. For your convenience, we also have the ability to accept payments by telephone.  If you would like to speak to someone about this offer, or some other type of payment terms, please call (334) 832-4200 or toll free at 866-629-0912.

Sincerely,

THE PARNELL LAW GROUP, LLC

# EXHIBIT B



# Credit report

Provided by **EQUIFAX**

Report date: Dec 24, 2024



## Personal info

| Reported names | Addresses | Date reported |
|---|---|---|
| | Hunter C Bennett | |

DOB

SSN

Employment info

## Account summary



1/19

**SUNTRUST BANK DBA LI**
Reported: Jan 1, 2023

$22,797.00
Closed ⊖

## Overview

You have 0% left to pay on this loan.

Balance: $22,797.00                    Highest balance

## Payment history

You've made 95% of payments for this account on time.

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 60 | 60 | 90 |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | |
| 2019 | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Paid on time | 30 | 30 days due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

Monthly Payment Amount                    $0.00

Current Payment Status          Collection/Charge-off

Amount Past Due                        $22,797.00

## Account details

| | |
|---|---|
| Account Number | ████7518 |
| Account Status | Charge Off |
| Open Date | May 1, 2019 |
| Last Activity | Dec 1, 2022 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Charged Off Account, Fixed Rate |
| Times 30/60/90 Days Late | 0/1/1 |
| Months Reviewed | 44 |
| Terms Count | 84 |
| Term Source Type | Provided |
| High Balance | |
| High Credit | |

### Creditor information

SUNTRUST BANK DBA Li
600 BROADWAY SUITE 2000 LIGHTS
SAN DIEGO, CA 92101
(866) 635-1330

Account ID: ed9150b136c43d48cdde2d2c5ad2797e

# EXHIBIT C



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

March 24, 2025

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374-0256

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Hunter Bennett |
| Creditor: | SunTrust Bank/LightStream |
| Collection Agency: | Parnell Law Group, LLC |
| Account No.: | Ending in 7518 |
| SSN: | Ending in ████ |
| Address: | ████████████ |

Dear Sir and/or Madam,

    Please be advised that this office was retained to represent Hunter Bennett with respect to his claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

    On or about May 17, 2024, Mr. Bennett and Parnell Law Group, LLC on behalf of SunTrust Bank/LightStream ("SunTrust/LightStream") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Bennett was required to make a lump sum payment totaling $15,280.00 to settle and close his SunTrust/LightStream account. Mr. Bennett, via his debt settlement representative, timely made the requisite settlement payment.

    However, many months later, Mr. Bennett's account continues to be negatively reported. In particular, on a requested credit report dated December 24, 2024, Mr. Bennett's account was reported with a status of "CHARGE OFF", a balance of $22,797.00 and a past due balance of $22,797.00. The relevant portion of Mr. Bennett's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

    Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

    Thank you for your prompt attention to this important matter.

Very truly yours,

Melissa Rodriguez
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Melissa.R@gitmeidlaw.com
(866) 249-1137

Tel (866) 249-1137    30 Wall Street, 8th Floor #741, New York, NY 10005    Fax (877) 366-4747
www.GitmeidLaw.com



# PARNELL LAW GROUP, LLC

*A Southeastern Regional Law Firm in*
*Alabama, South Carolina, Mississippi, Tennessee & Georgia*

May 17, 2024

HUNTER C BENNETT

> RE:    TRUIST
>        vs.  HUNTER C BENNETT
>        Our File:    ████9339
>        Balance:     $21,828.69

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR

Dear HUNTER C BENNETT:

Our client would like to extend an offer to settle the above matter. They will settle this matter for $15,280.00. The settlement amount must be received in our office on or before May 28, 2024.

If you are unable to pay the settlement amount at this time, please contact our office to discuss some type of payment terms. My client reserves the right to extend future settlement offers that may or may not be more favorable.

Please make your payment directly to and in care of:

The Parnell Law Group, LLC
PO Box 2189
Montgomery, AL 36102.

Please include our file number referenced above on any payment to ensure proper posting. For your convenience, we also have the ability to accept payments by telephone. If you would like to speak to someone about this offer, or some other type of payment terms, please call (334) 832-4200 or toll free at 866-629-0912.

Sincerely,

THE PARNELL LAW GROUP, LLC

# Credit report

Provided by **EQUIFAX**

Report date: Dec 24, 2024



## Personal info

| Reported names | | Hunter C Bennett | Addresses | | Date reported |
|---|---|---|---|---|---|
| DOB | | | | | |
| SSN | | | | | |
| Employment info | | | | | |

## Account summary

**SUNTRUST BANK DBA LI**
Reported: Jan 1, 2023

$22,797.00
Closed ⊖

## Overview

You have 0% left to pay on this loan.

Balance: $22,797.00                    Highest balance:

## Payment history

You've made 95% of payments for this account on time.

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | 60  |     |
| 2021 | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |
| 2020 | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |
| 2019 |     |     |     |     | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   | ✔   |

| | | | |
|---|---|---|---|
| ✔ | Paid on time | 30 | 30 days past due | 60 | 60 days past due |
| 90 | 90 days past due | 120 | 120 days past due | 150 | 150 days past due |
| BR | Bankruptcy | RF | Repossession or foreclosure | CC | Collection or charge off |
| VS | Voluntary surrender | N/A | No data available | | |

| | |
|---|---|
| Monthly Payment Amount | $0.00 |
| Current Payment Status | Collection/Charge-off |
| Amount Past Due | $22,797.00 |

## Account details

| | |
|---|---|
| Account Number | ■■■■7518 |
| Account Status | Charge Off |
| Open Date | May 1, 2019 |
| Last Activity | Dec 1, 2022 |
| Type | Unsecured |
| Responsibility | Individual |
| Remarks | Charged Off Account, Fixed Rate |
| Times 30/60/90 Days Late | 0/1/1 |
| Months Reviewed | 44 |
| Terms Count | 84 |
| Term Source Type | Provided |
| High Balance | |
| High Credit | |

## Creditor information

SUNTRUST BANK DBA LI
600 BROADWAY SUITE 2000 LIGHTS
SAN DIEGO, CA 92101
(866) 635-1330

Account ID: ed9150b136c43d48cdde2d2c5ad2797e

# EXHIBIT D

# Credit report

| | TransUnion | Equifax | Experian | All bureaus |

| Bureau | TransUnion | EQUIFAX | experian |

| Report date | May 5, 2025 | May 5, 2025 | May 5, 2025 |

## Personal info

| Reported names | Hunter Cameron Bennett | Hunter C Bennett | Hunter Bennett |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| Bureau | TransUnion | EQUIFAX | experian |

Hide Details ⊖

| Jan 2, 2023 | $0.00 TRUIST | Jan 1, 2023 | $22,797.00 LIGHTSTREAM | Dec 30, 2024 | $0.00 TRUIST BANK |

### Account details

| | | | | | |
|---|---|---|---|---|---|
| **Account details** | | **Account details** | | **Account details** | |
| Account Number | XXXX | Account Number | XXXX | Account Number | XXXX |
| Date Opened | May 1, 2019 | Date Opened | May 1, 2019 | Date Opened | May 1, 2019 |
| Last Activity | Jan 2, 2023 | Last Activity | Dec 1, 2022 | Last Activity | Dec 1, 2024 |
| Original Creditor | | Original Creditor | | Original Creditor | |
| Monthly Payment | $0.00 | Monthly Payment | $0.00 | Monthly Payment | $0.00 |
| Term Source Type | | Term Source Type | | Term Source Type | Provided |
| Current Rating | Collection/Charge-off | Current Rating | Collection/Charge-off | Current Rating | As Agreed |
| Status | Closed | Status | Charge Off | Status | Charge Off |
| Type | Individual | Type | Individual | Type | Individual |
| High Balance | $35,000.00 | High Balance | | High Balance | $35,000.00 |
| Unpaid Balance | $0.00 | Unpaid Balance | $22,797.00 | Unpaid Balance | $0.00 |
| Highest Adverse Rating | Collection/Charge-off | Highest Adverse Rating | Collection/Charge-off | Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | Collection/Charge-off | Most Recent Adverse Rating | No Data Available | Most Recent Adverse Rating | Collection/Charge-off |
| Comments | Settled - Less Than Full Balance | Comments | Charged Off Account | Comments | |

**Account details**

No History Is Available

**Collection agency**

TRUIST

Account ID: 24405c121ab473b3fd647cad18f09503

**Account details**

You've Made 96% Of Payments For This Account On Time.

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | | | | 60 | 90 |
| 2021 | Jan | Feb | Mar | Apr | May | Jun |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| 2020 | Jan | Feb | Mar | Apr | May | Jun |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| 2019 | Jan | Feb | Mar | Apr | May | Jun |
| | N/A | N/A | N/A | N/A | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |

✓ Paid on time
30  30 days past due
60  60 days past due
90  90 days past due
120  120 days past due
150  150 days past due

**Account details**

You've Made 65% Of Payments For This Account On Time.

| 2024 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | N/A | CC | CC |
| 2023 | Jan | Feb | Mar | Apr | May | Jun |
| | CC | CC | CC | CC | CC | CC |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | CC | CC | CC | CC | CC | CC |
| 2022 | Jan | Feb | Mar | Apr | May | Jun |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | 60 |
| 2021 | Jan | Feb | Mar | Apr | May | Jun |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | Jan | Feb | Mar | Apr | May | Jun |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | Jan | Feb | Mar | Apr | May | Jun |
| | | | | | | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Paid on time

| | | | | |
|---|---|---|---|---|
| BR | Bankruptcy | | 30 | 30 days past due |
| RF | Repossession or foreclosure | | 60 | 60 days past due |
| CC | Collection or charge off | | 90 | 90 days past due |
| VS | Voluntary surrender | | 120 | 120 days past due |
| N/A | No data available | | 150 | 150 days past due |

**Collection agency**

LIGHTSTREAM
600 BROADWAY SUITE 2000
SAN DIEGO, CA 92101
(866) 635-1330

Account ID: ed9150b136c43d48cdde2d2c5ad2797e

| | |
|---|---|
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

TRUIST BANK
PO BOX 85052
RICHMOND, VA 23285
(800) 828-7959

Account ID: cfb62022516b5d7446ac64b0d5d30ce91

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

HUNTER BENNETT,

      **Plaintiff,**

**v.**

**EQUIFAX INFORMATION SERVICES, LLC, and
TRUIST BANK,**

      **Defendants.**

CIVIL ACTION FILE NO.:
25CV007720

JUDGE SCHWALL

### ORDER FOR SERVICE

    A review of the record reveals the Complaint was filed on June 5, 2025.  The Court hereby

**ORDERS** Plaintiff  to serve Defendants **and** file evidence of service **or** filed a properly supported

motion by **JULY 11,  2025**.   Failure to either serve Defendants and file evidence of service or file

a properly supported motion by this date shall result in the dismissal of the case as to each

Defendant not served with process.

    SO ORDERED, this 25TH day of June,  2025.

_____
HONORABLE CRAIG L. SCHWALL, SR.
Judge, Fulton County Superior Court
Atlanta Judicial Circuit

**Service via eFileGA.**

Fulton County Superior Court
***EFILED***AG
Date: 6/30/2025 9:36 AM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

**HUNTER BENNETT,**
**Plaintiff,**

**Case # 25CV007720**

**TRUIST BANK, ET AL,**
**Defendant.**

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

Served TRUIST BANK c/o Corporation Service Company at 2 Sun Court, Suite 400 Peachtree Corners, GA 30092 on 6/27/25 at 12:50 p.m. Alisha Smith accepted service as Process Coordinator, B, F, 30s, 5'7, 160, black hair.

**Documents:** 1) Issued Summons 2) Complaint

This  29  Day of  June  2025

**Notary Public**

**Christopher Stanton**

(Notary seal: MARIA BORMANN NOTARY / MY COMMISSION EXPIRES / NOTARY PUBLIC / DEKALB COUNTY, GEORGIA / JUNE 11, 2027)

Fulton County Superior Court
***EFILED***MH
Date: 6/30/2025 10:41 AM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

**HUNTER BENNETT,**
**Plaintiff,**

**Case 25CV007720**

**EQUIFAX INFORMATION**
**SERVICES, LLC, ET AL,**
**Defendant.**

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

Served Equifax Information Services, LLC c/o Corporation Service Company at 2 Sun Court, Suite 400 Peachtree Corners, GA 30092 on 6/27/25 at 12:50 p.m. Alisha Smith accepted service as Process Coordinator, B, F, 30s, 5'7, 160, black hair.

**Documents:** 1) Issued Summons 2) Complaint

This 3 0 Day of June 2025

**Notary Public**

MARIA BORMANN NOTARI
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JUNE 11, 2027
DEKALB COUNTY, GEORGIA

**Christopher Stanton**