# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Hunter Bennett, <br><br> Plaintiff, <br><br> – against– <br><br> Truist Bank and <br> Equifax Information Services, LLC, <br><br> Defendants. | Case No.: 1:25-cv-04187-MHC-CCB <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Hunter Bennett ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), through the undersigned counsel, that Plaintiff's claims against Equifax are dismissed with prejudice in the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Thank you for your time and attention to this matter.

Respectfully submitted,

Dated: January 22, 2026

/s/ LaTonya Sims
By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorneys for Plaintiff Hunter Bennett*

Dated: January 22, 2026

/s/ Christine Kapur*
Christine Kapur
*Christine.kapur@equifax.com*
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066
GA Bar No. 197008
*Counsel for Defendant Equifax Information Services, LLC*
*signed with express permission

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2026, a true and correct copy of the foregoing **Stipulation of Voluntary Dismissal with Prejudice as to Defendant Equifax Information Services, LLC** was filed electronically with the Clerk of the Court using the Electronic Document Filing System, which will send a notice of such filing to the following counsel of record:

Christine Kapur
*Christine.kapur@equifax.com*
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 404-885-8066
GA Bar No. 197008
*Counsel for Defendant Equifax Information Services, LLC*

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

/s/  LaTonya Sims
By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorneys for Plaintiff Hunter Bennett*

3